HRR:ljc 7125/1 \pleading\71251NoticeFilingStateRec

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE SYKES, Individually, and on Behalf of MICHAELA SYKES (Minor), GREGORY SYKES (Minor), MICHAEL SYKES (Minor), and SHAWN SYKES | : | |
| VS. | : | C.A. NO. 1:07-cv-00369-ML-LDA |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the defendant, Fidelity National Property and Casualty Insurance Company, and gives notice that it is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of *Anne Sykes, et al v. Fidelity National Property and Casualty Insurance Company, Alias*, Kent Superior Court Civil Action No. KC07-0878, in compliance with Local Rule 81(b).

DEFENDANT,
By its Attorney,

Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10.12.07 to:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: KC-2007-0878 ANNE SYKES V FIDELITY NATIONAL INSURANCE COMPANY

Filing Date: 08-21-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 10-04-2007

Plaintiff: ANNE SYKES
ID: @10923205
Attorney: THOMAS MARKS

Plaintiff: SHAWN SYKES
ID: @10923206
Attorney: THOMAS MARKS

Plaintiff: MICHAELA SYKES
ID: @10923207
Attorney: THOMAS MARKS

Plaintiff: GREGORY SYKES
ID: @10924662

Plaintiff: MICHAEL MASSEY
ID: @10924659

Defendant: FIDELITY NATIONAL INSURANCE COMPANY
ID: @10923209

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-21-2007 | COMPLAINT FILED | |
| 08-21-2007 | INITIAL FILING FEE | |
| 08-21-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK58047. |
| 08-27-2007 | AMENDED COMPLAINT FILED | Affiliated: SYKES, ANNE |
| 10-04-2007 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT – ANY COPIES OF COURT FILE MUST BE MADE BY INTERESTED PARTY HERE IN CLERK'S OFFICE<br>Affiliated: FIDELITY NATIONAL INSURANCE COMPANY |
| 10-04-2007 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT