HRR:pac 7125/1 \pleading\71251CorpDisclosureElec.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANNE SYKES, individually and on behalf of MICHAELA SYKES (minor), GREGORY SYKES (minor), MICHAEL SYKES (minor), and SHAWN SYKES | : | |
| VS. | : | C. A. No. |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

**CORPORATE DISCLOSURE STATEMENT**

Now comes the defendant, Fidelity National Property and Casualty Insurance Company ("FNPAC"), which is a Write-Your-Own ("WYO") Program carrier participating in the United States government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] and appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] for the purpose of filing this Corporate Disclosure Statement in compliance with Federal Rules of Civil Procedure Rule 7.1.

The following are parents, subsidiaries and/or affiliates of FNPAC that have issued shares or debt securities to the public:

1. Fidelity National Property and Casualty Insurance Company is a wholly owned subsidiary of National Alliance Marketing Group, Inc.
2. National Alliance Marketing Group, Inc. is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

---

[1] 42 U.S.C. §4001, *et seq.*

[2] 44 C.F.R. §62.23(f).

[3] 42 U.S.C. § 4071(a)(1); *Gowland v. Aetna Cas. & Surety Co.,* 143 F.3d 951, 953 (5th Cir.1998).

Please note that all claims payments under the Standard Flood Insurance Policy,[4] which is at issue at bar, are made directly with U.S. Treasury funds in accordance with 44 C.F.R. Pt. 62, App. A, Article III(D). However, the federal government is "not a proper party defendant in any lawsuit arising out of such policies" [Standard Flood Insurance Policies issued by WYO carriers]. 44 C.F.R. §62.23(g).

DEFENDANT,
By its Attorney,

/s/ Holly R. Rao, Esq.
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on October 19, 2007 to:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

/s/ Holly R. Rao, Esq.

[4] The Standard Flood Insurance Policy is a codified regulation at 44 C.F.R. Pt. 61, App. A(1), and is incorporated into the Code of Federal Regulations at 44 C.F.R. §61.13(a).