HRR:lml 7125/1 \71251MotContinuance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE SYKES, Individually, and on Behalf of MICHAELA SYKES (Minor), GREGORY SYKES (Minor), MICHAEL SYKES (Minor), and SHAWN SYKES | : | |
| VS. | : | C.A. NO. 1:07-cv-00369-ML-LDA |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

**MOTION FOR CONTINUANCE**

Now comes the defendant, Fidelity National Property and Casualty Insurance Company, and hereby requests a continuance of the settlement conference scheduled for February 4, 2008 at 2:00 p.m. As grounds therefore, Defendant states that counsel is scheduled to be out of state on vacation and currently has pending a petition for court excusal. The undersigned has conferred with counsel for plaintiff and he has no objection to said continuance. Both plaintiff and defense counsel are available on February 13 and February 11 at 2:00 p.m.

DEFENDANT,
By its Attorney,

/s/Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATE OF HEARING:

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 19th day of December, 2007, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

/s/ Holly R. Rao