UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY PAUL C. HIGGINS, INC.**

Now come the Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes (collectively, "Plaintiffs"), and pursuant to Rule 45 (c)(2)(B) of the Federal Rules of Civil Procedure moves this Honorable Court for an order compelling a non-party, Paul C. Higgins, Inc., to produce duly subpoenaed documents within thirty (30) days.

As grounds for their Motion, Plaintiffs state that on March 18, 2008 they effectuated service, through a United States Marshall, of a Rule 45 "Keeper of Records" subpoena requesting documents relevant to Plaintiffs' Complaint. Proof of service was filed electronically with this Honorable Court. A representative of Paul C. Higgins, Inc. – Mr. Del Cade – has provided Plaintiffs' counsel with a written objection to producing the requested documents. The basis for Mr. Cade's objection is that he believes service was "improper" because, according to him, the United States Marshall was "rude"; Mr. Cade was not notified in advance that he or Paul C. Higgins, Inc. would be served with a subpoena; and that nobody in Mr. Cade's office is known as a "Keeper of Records." Based on these alleged failings of service, Mr. Cade, on behalf of Paul C. Higgins, Inc. is refusing

to produce the requested documents. Plaintiffs' counsel has made a good faith attempt to explain Rule 45 to Mr. Cade and to resolve this dispute without the need for this Honorable Court's intervention.

Attached as "Exhibit A" is the above-referenced proof of service along with an affidavit written and signed by Thomas R. Gallucci, the Deputy United States Marshall who effectuated service. In his affidavit, Mr. Gallucci describes Mr. Cade's belligerence after being properly served. "Exhibit B" is a letter from Plaintiffs' counsel addressed to Mr. Cade addressing his behavior and a belligerent voice mail left with counsel's office at 6:44 a.m. on March 18. "Exhibit C" is a letter from Mr. Cade setting forth in detail the bases for his objection.

Plaintiffs' counsel hereby certifies that he has made a good faith effort both to explain Rule 45 to Mr. Cade and to obtain compliance with the subpoena without resort to the instant Motion. Unfortunately, that effort has proven unfruitful.

WHEREFORE, your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes respectfully request that this Honorable Court order Mr. Del Cade, in his capacity as an authorized agent of Paul C. Higgins, Inc., to produce any and all documents responsive to the subpoena duly served upon he and Paul C. Higgins, Inc. on March 18, 2008. Your Plaintiffs further request that Paul C. Higgins, Inc. be sanctioned – in the form of costs and a reasonable attorney's fee incurred by Plaintiffs as a result of Mr. Cade's refusal to comply – for its willful failure to respond to a properly served subpoena issued by this Honorable Court.

PLAINTIFFS,

By their Attorneys,

DECOF & DECOF, P.C.

One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks
Thomas J. Marks #7158

## CERTIFICATION

I hereby certify that a copy of the within document was sent by regular mail, postage prepaid, from the law offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 and **Del Cade, Paul C. Higgins, Inc.**, 250 State Street, Unit B-1, North Haven, CT 06473 on this 21st day of March, 2008.

/s/Thomas J. Marks
Thomas J. Marks #7158

Sykes P035

EXHIBIT "A"

# UNITED STATES MARSHALS SERVICE

District of Connecticut
U.S. Courthouse
141 Church Street-Mezzanine
New Haven, CT. 06510-2030
Office: (203) 773-2107, Facsimile: (203) 773-2419

TO: Atty: Thomas Marks

FAX: 401-351-6641

FROM: THOMAS R. GALLUCCI
Criminal Investigator Deputy U.S. Marshal
TELEPHONE: 203-773-2107 EXTENSION 3020
EMAIL: Thomas.Gallucci@usdoj.gov

DATE: 3/18/08

COMMENTS: Service of Fed. Civil Subpoena

Thank you!

WARNING: Information attached to this cover sheet is U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC 641). Please notify the originator or local USMS office immediately to arrange for proper disposition.
NOTE: THIS FAX COVER PAGE SHOULD NOT BE USED TO FAX CLASSIFIED INFORMATION.

PRECEDENCE: ( ) IMMEDIATE ( ) PRIORITY (X) ROUTINE
CLASSIFICATION: (X) SENSITIVE ( ) NON-SENSITIVE

*America's Oldest Federal Law Enforcement Agency*

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: ANNE SYKES, et. al.
COURT CASE NUMBER: 1:07-cv-00369-ML-LDA
DEFENDANT: FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY
TYPE OF PROCESS:

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: KOR, PAUL C. HIGGINS, INC. INSURANCE ADJUSTERS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 250 STATE STREET, UNIT B-1, NORTH HAVEN, CT 06473

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THOMAS J. MARKS, ESQ.
DECOF & DECOF, P.C.
ONE SMITH HILL
PROVIDENCE, RI 02903

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED 2008 MAR -5 P 4:2[illegible] U.S. MARSHALS OFFICE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold Fold

RECEIVED 2008 MAR 10 [illegible] UNITED STATES [illegible]

Signature of Attorney other Originator requesting service on behalf of: Thomas J. Marks
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (401) 272-1110
DATE: MARCH 4, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 14 | Irene Fa[illegible] | 3/5/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): REFER TO REMARKS

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*):

Date: 3/17/08 Time: 1440 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: C DUSM TALLUCCI #2442

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.— | $4.80 | $8.00 | | | |

REMARKS: 3/17/08 1440 hrs – SERVED W/FEMALE GRAY HAIR APPROX. 60 YRS. OLD. REFUSED SERVICE. STATED WOULD NOT ACCEPT SERVICE. STATED NO MANAGERS/KEEPER OF RECORDS AVAILABLE. FEMALE STATED SHE WORKED AT THE FIRM (PAUL C. HIGGINS). WHITE MALE APPROX. 40 YRS OLD OPENED DOOR AND THREW SUBPOENA OUT THE DOOR AS DUSM DEPARTED (TOWARDS DUSM) (JNG)

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

03/18/2008 08:00 2037732419 USMS NEW HAVEN PAGE 02/04

... Department of Justice
United States Marshals Service

## REPORT OF INVESTIGATION

| | | |
|---|---|---|
| 1. F.I.D.#: REF: 1:07-cv-00369-ML-LDA | 2.DATE OF REPORT: 3/18/08 | 3.REPORTED BY: GALLUCCI, THOMAS USMS NEW HAVEN, CT |
| 4.CASE TITLE: CIVIL SUBPOENA | | |

5.TYPE OF REPORT (Check One):
[ ] REPORT OF INVESTIGATION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ARREST
[ ] INTELLIGENCE UPDATE
[X] MEMORANDUM TO FILE
[ ] OTHER:______________

On 3/17/08 at approx. 1440 hrs. CIDUSM GALLUCCI arrived at 250 State St. North Haven, Ct. the office of PAUL C. HIGGINS. INC. in order to serve a federal civil subpoena issued by the District of Rhode Island.

The firm's name is on the front door and also the interior door located on the second floor. CIDUSM GALLUCCI walked into the office and to my immediate right was a female located at a desk right adjacent the door.

CIDUSM identified himself as a U.S. Marshal and displayed his badge and identification to the female. I advised her that I have a federal subpoena for the firm of PAUL C. HIGGINS. She asked what it was concerning and I showed her the subpoena. I asked if the manager or keeper of records was here. She stated this is their office but are not here now. I asked if this was where their office is located and she stated yes but were not present. I explained to her that this is time sensitive and that action by the firm is required in federal court in Rhode Island in the very near future.

The female then went to a rear office and then came back to me seconds later and stated that she cannot accept the subpoena and asked for my name and telephone number. I advised her that this subpoena was time sensitive. I then asked her if she works here at the firm (PAUL C. HIGGINS). She state yes. I advised her this subpoena is time sensitive and that I was serving the subpoena to her on behalf of the firm, and to refer the subpoena to the appropriate personnel. She again stated that she cannot accept the subpoena at which time I placed it on her desk in her presence and advised her that this is official service. I then exited the office. The female is described as a white female, approx. 55-60 years old, long grey hair, slim build.

| | | |
|---|---|---|
| 7.SIGNATURE (CI-DUSM): [signature] #2442 GALLUCCI, THOMAS P. | 8.DATE: 3/18/08 | 11.DISTRIBUTION: [X] DISTRICT [ ] HEADQUARTERS [X] OTHER: ATTY: THOMAS MARKS |
| 9.APPROVED (Name and Title): | 10.DATE: | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE U.S. MARSHALS SERVICE
USM-11

United States Department of Justice
United States Marshals Service

| **REPORT OF INVESTIGATION** (Continuation Sheet) | | |
|---|---|---|
| 1.F.I.D.#: 1:07-CV-00369-ML-LDA | 2.DATE OF REPORT: 3/18/08 | 3.REPORTED BY: GALLUCCI, THOMAS |
| 4.CASE TITLE: FEDERAL CIVIL SUBPOENA | | |

As I was exiting the office walking downstairs a white male opened the office door and was visibly angry, yelled loudly that "we will not accept this" and threw the subpoena towards my direction. The subpoena landed on the floor. I advised the male that the firm was officially served on behalf of federal court.

The male is described as a white male, approx. 40 years of age, brown hair, medium build.

CIDUSM GALLUCCI was not able to get any names of individuals involved due to the hostile attitude displayed.

CIDUSM GALLUCCI telephoned Atty. Thomas MARKS (plaintiff) and advised him of the situation. END OF REPORT

# UNITED STATES MARSHALS SERVICE

District of Connecticut
U.S. Courthouse
141 Church Street-Mezzanine
New Haven, CT. 06510-2030
Office: (203) 773-2107, Facsimile: (203) 773-2419

TO: Atty: Thomas Marks

FAX: 401-351-6641

FROM: THOMAS R. GALLUCCI
Criminal Investigator Deputy U.S. Marshal
TELEPHONE: 203-773-2107 EXTENSION 3020
EMAIL: Thomas.Gallucci@usdoj.gov

DATE: 3/18/08

COMMENTS: Service of Fed. Civic Subpoena
Amended USM-11
Thank you!

WARNING: Information attached to this cover sheet is U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC 641). Please notify the originator or local USMS office immediately to arrange for proper disposition.
NOTE: THIS FAX COVER PAGE SHOULD NOT BE USED TO FAX CLASSIFIED INFORMATION.

PRECEDENCE: ( ) IMMEDIATE ( ) PRIORITY (✓) ROUTINE
CLASSIFICATION: (✓) SENSITIVE ( ) NON-SENSITIVE

*America's Oldest Federal Law Enforcement Agency*

**United States Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

| 1. F.I.D.#: REF: 1:07-CV-00369-ML-LDA | 2. DATE OF REPORT: 3/18/08 | 3. REPORTED BY: GALLUCCI, THOMAS USMS NEW HAVEN, CT |
|---|---|---|
| 4. CASE TITLE: CIVIL SUBPOENA | | |

5. TYPE OF REPORT (Check One):
[ ] REPORT OF INVESTIGATION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ARREST
[ ] INTELLIGENCE UPDATE
[X] MEMORANDUM TO FILE
[ ] OTHER:

On 3/17/08 at approx. 1440 hrs. CIDUSM GALLUCCI arrived at 250 State St. North Haven, Ct. the office of PAUL C. HIGGINS. INC. in order to serve a federal civil subpoena issued by the District of Rhode Island.

The firm's name is on the front door and also the interior door located on the second floor. CIDUSM GALLUCCI walked into the office and to my immediate right was a female located at a desk right adjacent the door.

CIDUSM identified himself as a U.S. Marshal and displayed his badge and identification to the female. I advised her that I have a federal subpoena for the firm of PAUL C. HIGGINS. She asked what it was concerning and I showed her the subpoena. I asked if the manager or keeper of records was here. I asked if this was where their office is located and she stated yes but were not present. I explained to her that this is time sensitive and that action by the firm is required in federal court in Rhode Island in the very near future.

The female then went to a rear office and then came back to me seconds later and stated that she cannot accept the subpoena and asked for my name and telephone number. I advised her that this subpoena was time sensitive. I then asked her if she works here at the firm (PAUL C. HIGGINS). She stated yes. I advised her this subpoena is time sensitive and that I was serving the subpoena to her on behalf of the firm, and to refer the subpoena to the appropriate personnel. She again stated that she cannot accept the subpoena at which time I placed it on her desk in her presence and advised her that this is official service. I then exited the office. The female is described as a white female, approx. 55-60 years old, long grey hair, slim build.

| 7. SIGNATURE (CI-DUSM): [signature] #2442 Gallucci, Thomas R. | 8. DATE: 3/18/08 | 11. DISTRIBUTION: [X] DISTRICT [ ] HEADQUARTERS [X] OTHER: ATTY. Thomas Marks |
|---|---|---|
| 9. APPROVED (Name and Title): | 10. DATE: | |

United States Department of Justice
United States Marshals Service

**REPORT OF INVESTIGATION** (Continuation Sheet)

| 1.F.I.D.#: 1:07-CV-00369-ML-LDA | 2.DATE OF REPORT: 3/18/08 | 3.REPORTED BY: GALLUCCI, THOMAS |
|---|---|---|
| 4.CASE TITLE: FEDERAL CIVIL SUBPOENA | | |

As I was exiting the office walking downstairs a white male opened the office door and was visibly angry, yelled loudly that we will not accept this and threw the subpoena towards my direction. The subpoena landed on the floor. I advised the male that the firm was officially served on behalf of federal court.

The male is described as a white male, approx. 40 years of age, brown hair, medium build.

CIDUSM GALLUCCI was not able to get any names of individuals involved due to the hostile attitude displayed.

CIDUSM GALLUCCI telephoned Atty. Thomas MARKS (plaintiff) and advised him of the situation. END OF REPORT

EXHIBIT "B"

# DECOF & DECOF

*A Professional Corporation*

COUNSELLORS AT LAW

*Thomas J. Marks*
*tjm@decof.com*

March 18, 2008

***VIA FACSIMILE: 203-288-4481***
***& FEDERAL EXPRESS***

Mr. Del Cade
Paul C. Higgins, Inc.
250 State Street, Unit B-1
North Haven, CT 06473

**Re: Anne Sykes, et. al. v. Fidelity National Property and Casualty Company**
**C.A. No.: 1:07-cv-00369-ML-LDA**

Dear Mr. Del Cade:

Thank you for your voicemail this morning.

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, your company is considered duly served and thus, required to produce the requested documents. If you feel service was improper, you are entitled to file a Motion to Quash with the United States District Court of Rhode Island. Unless you properly file such a motion, I will expect to receive all requested documents in advance of March 27, 2008 – the date of your company's deposition.

As stated in the subpoena and deposition notice, you are not required to appear at the deposition, and in lieu of personal attendance can simply send the relevant documents by mail. Please be advised that if I do not receive the documents in time for the scheduled deposition, I will promptly (as in March 28) file a Motion to Adjudge you in Contempt and ask for costs and attorneys fees. You will also be subject to any applicable civil and criminal penalties for contempt of court.

DECOF & DECOF, P.C.

Mr. Del Cade
March 18, 2007
Page 2

Given your treatment of a United States Marshall, and the tenor of your voice mail this morning, I will <u>not</u> discuss this matter over the phone. If you wish to communicate with me or anyone in my office, I ask that you do so *in writing* by regular mail and with a valid and verifiable return address. I will <u>not</u> accept any phone calls from your office and am *insisting* that neither you nor anyone else from your company call my office for any reason whatsoever.

Sincerely,

Tom

Tom Marks

TJM/vaj
Enclosure
Sykes L009

EXHIBIT "C"

**PAUL C. HIGGINS, INC.**
**- INSURANCE ADJUSTERS -**
*Adelbert Cade, President*

250 State Street, Unit B-1, North Haven, CT 06473 TELEPHONE (203)281-4554 FAX (203)288-4481
INTERNET: www.pchiggins.com / E-MAIL: info@pchiggins.com

| Post-it® Fax Note 7671 | Date 3/20/08 | # of pages ▶ 3 |
|---|---|---|
| To Tom Marks, Esq. | From Del Cade | |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # 401-351-6641 | Fax # | |

March 20, 2008

**VIA E-MAIL, FAX, & MAIL**

Tom Marks, Esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

Re: Anne Sykes et al. vs Fidelity National Property & Casualty Company
C.A. No.: 1:07-cv-00369-ML-LDA

| | |
|---|---|
| Our Principal: | Colonial Claims Corporation |
| Claim No: | 55655 |
| Policy No.: | 38-0009568654 |
| Insured: | Anne Sykes |
| D/L: | 4/02/2005 |
| Type Loss: | Flooding |
| Loss Location: | 102 Cochran Street, West Warwick, RI |
| Agent: | Smith Mack and Associates, Inc. |
| Our File: | A5-040398-31P |

Dear Attorney Marks:

This correspondence will acknowledge receiving yours dated March 18, 2008, which was in response to my voice mail left for you on the same day, and also improper service of a subpoena by a Federal Marshal who came to my office unannounced, and would not identify himself, on March 17, 2008.

First of all, let me address the closing paragraph of your letter. The United States Marshal, who would not identify himself, was rude with my staff and set the tone for the manner in which he was treated. He was treated in the same manner he treated my staff.

I request that you provide me with the name of the U.S. Marshal, so I may address the manner in which he approached my staff, and his tactics, with the appropriate authority.

I will only communicate with you in writing, and also prefer same.

Regarding the matter at hand and improper service, I have reviewed Rule 45 of the Federal Rules of Civil Procedure, and reiterate that there was improper service of the subpoena, which is dated March 1, 2008, however, the attempt to serve was not until the unannounced visit by the United States Marshal on March 17, 2008. The Marshal did not previously contact our office regarding this matter, nor were we contacted by anyone else.

I am sure you are familiar with the Federal Rules of Civil Procedure, specifically Rule 45. Subpoena, which states the following:

> "(b) Service.
>
> (1) **By Whom; tendering Fees; Serving a Copy of Certain Subpoenas.**
>
> Any person who is at least 18 years old and not a party may serve a subpoena. Serving a subpoena requires delivering a copy to the **named person** and, if the subpoena requires that person's attendance, tendering the fees for 1 day's attendance and the mileage allowed by law. Fees and mileage need not be tendered when the subpoena issues on behalf of the United States or any of its officers or agencies. **If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served, a notice must be served on each party.**"

As my staff attempted to explain to the United States Marshal, the subpoena is addressed to the "keeper of records" and nobody in this office carries that title. As indicated above, the subpoena requires delivering to the "named person."

Furthermore, the subpoena requires the production of documents, and as outlined above under the Federal Rules of Civil Procedure, Rule 45, if the subpoena commands the production of documents, then before it is served, a notice must be served on each party. No notice was served, and the U. S. Marshal showed up unannounced on March 17, 2008, with the subpoena in hand.

Further be advised that as an independent adjuster, I am under no obligation to maintain files after they have been closed, and my file concerning this matter was closed more than two years ago.

As a result, I reiterate that the subpoena was not properly served pursuant to the portions of Federal Rules of Civil Procedure, Rule 45, quote above.

Very truly yours,

PAUL C. HIGGINS, INC.

Del Cade
(Ext. 108)
d.cade@pchiggins.com

DC/sk

cc: Colonial Claims Corporation
Attn: Amanda
2200 Bayshore Boulevard
Dunedin, FL 34698