**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY FEDERAL EMERGENCY MANAGEMENT AGENCY AND TO ADJUDGE IN CONTEMPT**

Now come the Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes (collectively, "Plaintiffs"), and pursuant to Rule 37 (a)(3)(B)(iv) and Rule 45 (e) of the Federal Rules of Civil Procedure moves this Honorable Court for an order compelling a non-party, the Federal Emergency Management Agency ("FEMA") to produce duly subpoenaed documents within thirty (30) days and also adjudging FEMA in willful contempt of a subpoena dated March 18, 2008.

As grounds for their Motion, Plaintiffs state that on March 18, 2008 they effectuated service of a Rule 45 "Keeper of Records" subpoena requesting documents relevant to Plaintiffs' Complaint. Proof of service was filed electronically with this Honorable Court. Plaintiffs' counsel has been in contact with a representative of FEMA's Office of Chief Counsel ("OCC"), Ms. Barbara Montoya, Esq., regarding the subject subpoena, as well as a subpoena dated February 27, 2008 requesting other documents. During numerous e-mail communications and two (2) telephone calls between counsel, Ms. Montoya worked with Plaintiffs counsel regarding a response to the first subpoena, but has repeatedly ignored

requests by Plaintiffs' counsel to discuss the second and subject subpoena. Ms. Montoya would not so much as discuss whether she was processing the request. Hence, the Keeper of Records deposition scheduled for April 2, 2008 had to be cancelled. At the time of this writing Plaintiffs' counsel has still not received any response from Ms. Montoya – or from any other employee or agent of FEMA -- regarding the requested documents. Nor has FEMA filed any motion(s) relative to the subject subpoena.

Plaintiffs' counsel hereby certifies that he has made a good faith effort both to explain to obtain compliance with the subpoena without resort to the instant Motion. Unfortunately, that effort has proven unfruitful.

WHEREFORE, your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes respectfully request that this Honorable Court order the Federal Emergency Management Agency ("FEMA") to produce any and all documents responsive to the subpoena dated March 18, 2008 within thirty (30) days. Your Plaintiffs further request that FEMA be sanctioned – in the form of costs and a reasonable attorney's fee – for its willful failure to respond to a properly served subpoena issued by this Honorable Court.

PLAINTIFFS,

By their Attorneys

DECOF & DECOF, P.C.,

One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks____________________
Thomas J. Marks #7158

**CERTIFICATION**

I hereby certify that a copy of the within document was served electronically to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 and **Ms. Barbara Montoya,** FEMA Office of Chief Counsel, U.S. Department of Homeland Security, 500 C Street SW, Washington, DC 20472 on this 3rd day of April 2008.

/s/Thomas J. Marks__________________
Thomas J. Marks #7158

Sykes P037