**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on
behalf of M.S. (Minor), G.S. (Minor), and
M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY

**PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

Now come your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes, and respectfully request that this Honorable Court amend its present Scheduling Order in the above-captioned action. In support of their request, Plaintiffs offer the attached Memorandum.

WHEREFORE, your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes respectfully request that this Honorable Court amend the present Scheduling Order as follows:

1. If this Court denies Plaintiffs' pending Motion to Remand, Defendant shall file any dispositive motions based on preemption, statutes of limitations, or breach of contract arguments no later 30 days after this Honorable Court enters its decision;

2. The parties shall be required to disclose their experts no later than 60 days after this Honorable Court enters its decision relative to Defendant's aforementioned dispositive motions; and

3. The parties shall have 120 days after this Honorable Court enters its decision relative to Defendant's aforementioned dispositive motions to complete discovery.

PLAINTIFFS,

By their Attorneys

DECOF & DECOF, P.C.,
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks___________________
Thomas J. Marks #7158

## CERTIFICATION

I hereby certify that a copy of the within document was served electronically to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 on this 9th day of April 2008.

/s/Thomas J. Marks_________________
Thomas J. Marks #7158