**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

# PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

Now come your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes, and present the within Memorandum in Support of their Motion to Amend Scheduling Order.

The parties are awaiting this Honorable Court's decision on Plaintiffs' Motion to Remand and Defendant has stated that its dispositive motion to dismiss most or all of Plaintiffs' claims is imminent. Specifically, Defendant has repeatedly indicated that it intends to file dispositive motions seeking to eliminate most or all of Plaintiffs' claims on preemption, statute of limitations, or breach of contract grounds. Thus, any depositions or other discovery requiring considerable time and expense are impractical and unwise at this stage of the litigation. Likewise, Plaintiffs are loathe to spend potentially thousands of dollars on expert opinions for when both jurisdictional and dispositive motions are either pending or imminent.

The present Scheduling Order allows the parties until July 15, 2008 to file dispositive motions. Therefore, Plaintiffs believe that any Scheduling Order which places the dispositive motion deadline after the deadline for factual discovery would work an injustice to Plaintiffs. Plaintiffs would be forced to spend considerable time and money to develop a

case which Defendant could then seek to dismiss based on arguments which are already fully developed.

Hence, your Plaintiffs respectfully suggest that should this Honorable Court determine that it will exercise jurisdiction over one or more of Plaintiffs' claims, this Court should set a 30-day deadline for Defendant to file any dispositive motions based on preemption, statute of limitations, or breach of contract grounds (e.g., failure to comply with contractual provisions). The parties should then be given at least an additional 60 days to provide expert disclosures and 120 days to complete fact discovery, as this case is rather complex and will likely require numerous out of state depositions.

WHEREFORE, your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes respectfully request that this Honorable Court amend the present Scheduling Order as follows:

1. If this Court denies Plaintiffs' pending Motion to Remand, Defendant shall file any dispositive motions based on preemption, statutes of limitations, or breach of contract arguments no later 30 days after this Honorable Court enters its decision;

2. The parties shall be required to disclose their experts no later than 60 days after this Honorable Court enters its decision relative to Defendant's aforementioned dispositive motions; and

3. The parties shall have 120 days after this Honorable Court enters its decision relative to Defendant's aforementioned dispositive motions to complete discovery.

PLAINTIFFS,

By their Attorneys

DECOF & DECOF, P.C.,
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks___________________
Thomas J. Marks #7158

**CERTIFICATION**

I hereby certify that a copy of the within document was served electronically to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 on this 9th day of April 2008.

/s/Thomas J. Marks_____________________
Thomas J. Marks #7158