HRR:hr 7125/1 \71251MotContinuance2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE SYKES, Individually, and on Behalf of MICHAELA SYKES (Minor), GREGORY SYKES (Minor), MICHAEL SYKES (Minor), and SHAWN SYKES | : | |
| VS. | : | C.A. NO. 1:07-cv-00369-ML-LDA |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

**JOINT MOTION FOR CONTINUANCE**

Now comes the defendant, Fidelity National Property and Casualty Insurance Company, having conferred with counsel for the Plaintiffs, and hereby requests a continuance of the settlement conference before Magistrate Judge Almond scheduled for April 14, 2008 at 2:00 p.m. As grounds therefore, Defendant states that the parties agree that at this juncture a settlement conference would not be fruitful as the Motion to Remand remains undecided leaving open the jurisdictional and preemption issues. In addition, Plaintiffs' counsel has recently filed a Motion to Amend the Scheduling Order in light of the pendency of the Motion to Remand.

As stated herein, the undersigned has conferred with counsel for plaintiffs and he has no objection to said continuance.

DEFENDANT,
By its Attorney,

/s/Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 10th day of April, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

/s/ Holly R. Rao