**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**ORDER**

Plaintiffs' Motion to Amend Scheduling Order is granted. If this Court denies Plaintiff's pending Motion to Remand, Defendant shall file any dispositive motions based on preemption, statutes of limitations, or breach of contract arguments no later than 30 days after this Court enters its decision denying Plaintiffs' Motion to Remand. The parties shall be required to disclose their experts no later than 60 days after this Honorable Court enters its decision relative to Defendant's dispositive motion(s). The parties shall have 120 days after this Curt enters its decision relative to Defendant's dispositive motion(s) to complete discovery.

PRESENTED BY:

/s/Thomas J. Marks
Thomas J. Marks #7158

DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

ORDER:

____________________________

ENTER:

[signature] USDJ 4/14/08

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed, U.S. Mail and postage prepaid, to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 on this 11th day of April 2008.

/s/Thomas J. Marks
Thomas J. Marks #7158