**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SKYES | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 07-369ML |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | ) | |
| Defendant | ) | |

**NON-PARTY FEDERAL EMERGENCY MANAGEMENT AGENCY'S MOTION FOR EXTENSION OF TIME**

COMES NOW, non-party Federal Emergency Management Agency, by and through its undersigned attorneys, and moves that the time for filing its Objection to Plaintiffs' Motion to Compel Production of Documents from Non-Party Federal Emergency Management Agency and to Adjudge in Contempt, be enlarged up to and including May 10, 2008. Plaintiffs' counsel has no objection to this motion.

Respectfully Submitted,

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2008, I electronically filed the within Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

Holly R. Rao, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov