**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**PLAINTIFFS' MOTION TO VACATE HEARING DATE AND TO WITHDRAW MOTION TO COMPEL**

Now come your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes, and hereby withdraw their Motion to Compel Production of Documents from Non-Party Paul C. Higgins, Inc. and request that the current April 28 hearing date on said Motion be vacated.

PLAINTIFFS,

By their Attorneys

DECOF & DECOF, P.C.,
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks
Thomas J. Marks #7158

## CERTIFICATION

I hereby certify that a copy of the within document was sent electronically from the law offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886, and was sent both electronically and via facsimile to **Del Cade, Paul C. Higgins, Inc.**, 250 State Street, Unit B-1, North Haven, CT 06473 on this 24th day of April 2008.

/s/Thomas J. Marks ___________________
Thomas J. Marks #7158