**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually and on behalf of M.S. (Minor), G.S. (Minor), and M.M. (Minor), and SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**PLAINTIFFS' MOTION TOWITHDRAW MOTION TO COMPEL**

Now come your Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), G.S. (Minor) and M.M. (Minor), and Shawn Sykes, and hereby withdraw their Motion to Compel Production of Documents from Non-Party the Federal Emergency Management Agency.

PLAINTIFFS,

By their Attorneys

DECOF & DECOF, P.C.,
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/s/Thomas J. Marks
Thomas J. Marks #7158

## CERTIFICATION

I hereby certify that a copy of the within document was sent electronically from the law offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Holly R. Rao, Esq.**, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 and Attorney **Richard B. Myrus**, Assistant U.S. Attorney, District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this 8th day of May 2008.

/s/Thomas J. Marks
Thomas J. Marks #7158