**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANNE SYKES, individually, and on
behalf of M.S. (Minor) and
SHAWN SYKES

vs. C.A. NO.: 1:07-cv-00369-ML-LDA

FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY

**MOTION TO AMEND COMPLAINT**

Now come the Plaintiffs, Anne Sykes, individually and on behalf of M.S. (Minor), and Shawn Sykes, and pursuant to Rule 15 of the United States District Court Rules of Civil Procedure, hereby request leave to amend their Complaint against the Defendant, Fidelity National Property and Casualty Insurance Company, in the form of the attached Third Amended Complaint. In support of their Motion, the Plaintiffs rely on the arguments set forth in the attached Memorandum.

PLAINTIFFS,

By their Attorneys,

DECOF & DECOF, P.C.
1 Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ Thomas J. Marks_______________
Thomas J. Marks #7158

# CERTIFICATION

I hereby certify that on this 16th day of June 2008, I served the within document by electronic filing to the following counsel of record: Holly R. Rao, Esq., HRR@olenn-penza.com.

/S/ Thomas J. Marks________________
Thomas J. Marks #7158