HRR:hr 7125/1 \pleadings\71251dismissal.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE SYKES, individually and on behalf of M.S. (minor), and SHAWN SYKES | * | |
| VS. | * | C.A. 1:07-cv-00369-ML-LDA |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | * | |

**DISMISSAL STIPULATION**

The parties, through undersigned counsel, hereby dismiss the above-entitled action with prejudice, no costs or attorney's fees.

Respectfully submitted,
PLAINTIFFS, Anne Sykes individually and on behalf of M.S. and Shawn Sykes,
By their Attorney,

/s/ Thomas J. Marks
Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Respectfully submitted,
DEFENDANT, Fidelity National Property and Casualty Insurance Company,
By its Attorney,

/s/ Holly R. Rao
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
Telephone: (401) 737-3700
Facsimile: (401) 737-5499

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

/s/ Holly R. Rao